# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR273 |
| vs. | |
| LARRY BRYE, | ORDER |
| Defendant. | |

This matter is before the court on defendant's Motion for Extension of Time to File Pretrial Motions [26]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 30-day extension. Pretrial motions shall be filed by November 20, 2017.

This matter is also before the court on defendant's Motion for Extension of Time to File Brief in Support of Motion to Suppress [28]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 30-day extension. Defendant's brief shall be filed by November 20, 2017.

**IT IS ORDERED:**

1. Defendant's Motion for Extension of Time to File Pretrial Motions [26] is granted. Pretrial motions shall be filed on or before November 20, 2017.

2. Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.3(a) forthwith.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between October 19, 2017 and November 20, 2017 shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

4. Defendant's Brief in Support of Motion to Suppress shall be filed on or before November 20, 2017.

5. An evidentiary hearing will be scheduled on defendant's pretrial motions following the expiration of the pretrial motion deadline.

Dated this 20th day of October, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge