IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LARRY BRYE,<br><br>　　　　　Defendant. | 8:17CR273<br><br>ORDER |

　　　Pursuant to the plea agreement in defendant Larry Brye's ("Brye") related case, 8:20CR240, the government has moved to dismiss (Filing No. 92) the Petition for Offender Under Supervision (Filing No. 71) in this case. The government's motion is granted, and the Petition for Offender Under Supervision is dismissed without prejudice. Brye's term of supervised release is terminated.

　　　IT IS SO ORDERED.

　　　Dated this 21st day of June 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge